UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

         v.                        Civil No. 10-mc-91-SM

<u>Gerard Healey</u>

<u>O R D E R</u>

The court grants the assented to motion for entry of order enforcing the IRS Summons. The show cause hearing scheduled for January 26, 2011 is no longer necessary and is cancelled. The court hereby orders the taxpayer, Gerard Healey, to obey the summons and to appear at the IRS Office, 80 Daniel Street, Portsmouth, New Hampshire on March 9, 2011, at 9:00 a.m., before Revenue Officer Debra Daugherty (or any other authorized Revenue Officer of the IRS) to give testimony and produce all books and records in his possession or control required and called for by the terms of the summons of July 13, 2010 . The court further orders that the government be awarded its costs.

SO ORDERED.

January 27, 2011                        <u>/s/ Steven J. McAuliffe</u>
                                         Steven J. McAuliffe
                                         Chief Judge

cc:   T. David Plourde, AUSA
       Gerard Healey, pro se